JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JAMES AGEE, | Case No. 2:20-cv-08666-JFW (GJS) |
| Petitioner | |
| v. | **JUDGMENT** |
| GEORGE JAIME, | |
| Respondent. | |

    Pursuant to the Court's Order: Dismissing Petition; And Denying A Certificate Of Appealability,

    IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

DATE: October 5, 2020        _____

                         JOHN F. WALTER
                         UNITED STATES DISTRICT JUDGE